# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brandon Gauntt, | No. CV-18-01919-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Desert de Oro Foods Incorporated, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation to Dismiss Plaintiff's Complaint with Prejudice (Doc. 18), filed on July 26, 2018,

IT IS ORDERED approving the Stipulation (Doc. 18) and dismissing this action in its entirety, with prejudice

IT IS FURTHER ORDERED directing the Clerk of Court to terminate this action.

IT IS FURTHER ORDERED that the Rule 16 Scheduling Conference set for September 24, 2018 is VACATED from the Court's calendar.

**Dated** this 27th day of July, 2018.

Honorable Diane J. Humetewa
United States District Judge